UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARIO MUNIZ,**

   Plaintiff,

v.                      No. 4:23-cv-0821-P

**BANK OF AMERICA, ET AL.,**

   Defendants.

## FINAL JUDGMENT

   Consistent with the order of dismissal signed this date, the claims of Plaintiff, Mario Muniz, are **DISMISSED** for want of prosecution.

   **SO ORDERED** on this **26th day** of **September 2023.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE